ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,**<br><br>         **Plaintiffs,**<br><br>    vs.<br><br>**CLOISTER PRESS, a California corporation,**<br><br>         **Defendant.** | NO. C 07 5032 EDL<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, CLOISTER PRESS, a California corporation, for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: January 3, 2008                             ERSKINE & TULLEY


                                       By:    /s/ Michael J. Carroll
                                                  MICHAEL J. CARROLL
                                                  Attorney for Plaintiffs