1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **BOARD OF TRUSTEES OF THE PRINTING**     )     **NO. C 07 5032 EDL**
    **SPECIALTIES AND PAPER PRODUCTS JOINT**  )
13  **EMPLOYER AND UNION HEALTH AND**         )     **DECLARATION OF MICHAEL**
    **WELFARE FUND,**                         )     **J. CARROLL IN SUPPORT OF**
14                                            )     **MOTION FOR ENTRY OF**
                                              )     **DEFAULT**
15                                            )
                            **Plaintiffs,**   )
16           **vs.**                          )
                                              )
17  **CLOISTER PRESS, a California corporation,** )
                                              )
18                          **Defendant.**    )
                                              )
19  _____ )

20            I, MICHAEL J. CARROLL, declare:

21            1.  I am duly admitted to practice law before all of the courts of the State of California

22  and in the United States District Court, Northern District of California.  I am one of the attorneys for

23  plaintiff in this action.  I have personal knowledge of the facts stated herein and if called as a witness,

24  I could competently testify as follows:

25            2.  The complaint and summons in this action were served on defendant, CLOISTER

26  PRESS, a California corporation, on December 18, 2007 as appears from the proofs of service of said

27  summons e-filed with the Court.

28            3.  The time within which the defendants  may answer or otherwise move as to the

_____

DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT          1

1  complaint has expired, that defendants have not answered or otherwise moved and that the time for

2  defendants to answer or otherwise move has not been extended.

3         I declare under penalty of perjury that the foregoing is true and correct.

4         Executed on January 3, 2008 at San Francisco, California.

5

6                                               /s/ Michael J. Carroll
                                               MICHAEL J. CARROLL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PROOF OF SERVICE BY MAIL**

2      I am a citizen of the United States and employed in the City and County of San Francisco,

3   California.  I am over the age of eighteen years and not a party to the within above entitled action; my

4   business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On January

5   3, 2008, I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF**

6   **MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT and**

7   **PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action, by placing a true

8   copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post

9   office mail box at San Francisco, California, addressed as follows:

10   ```
     Cloister Press
     15 Apparel Way
11   San Francisco, CA 94124
     ```

12      I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true

13   and correct.

14      Executed on January 3, 2008 at San Francisco, California.

15
                                    /s/ Sharon Eastman
16

17

18

19

20

21

22

23

24

25

26

27

28