```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4  Facsimile: (415) 392-1978

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,**<br><br>**Plaintiffs,**<br>vs.<br>**CLOISTER PRESS, a California corporation**<br><br>**Defendants.** | NO. C 07 5032 EDL<br><br>PROPOSED NOTICE OF ENTRY OF DEFAULT |

IT IS HEREBY NOTICED that the default of defendant, CLOISTER PRESS, a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk


                              By: _____
                                     Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                1