ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, | ) ) ) ) | NO.  C 07 5032 EDL |
| | ) | EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CLOISTER PRESS, a California corporation | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Plaintiffs, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, hereby apply ex parte for an order to continue the Case Management Conference from January 8, 2008 to April 8, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated: January 3, 2008

Respectfully submitted,

ERSKINE & TULLEY

By:   /s/ Michael J. Carroll
      Michael J. Carroll
      Attorneys for Plaintiffs