```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEATH AND WELFARE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>CLOISTER PRESS, a California corporation<br><br>Defendant. | NO.  C 07 5032 EDL<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.   Service was accomplished upon the only party in this

1  case on December 18, 2007.  No responsive pleading has yet been filed.
2  A Default will be taken as soon as practical.
3          3.   It is requested that the Court continue the Case
4  Management Conference some ninety days hence, to April 8, 2008, to
5  provide time to either settle the case or file a motion for default
6  judgment.
7          4.   Good cause exists to grant plaintiff's request for a
8  continuance of the Case Management Conference currently set for
9  January 8, 2008 to April 8, 2008.
10         I declare under penalty of perjury that the foregoing is
11 true and correct to the best of my knowledge.
12         Executed on January 3, 2008 at San Francisco, California.

                                    /s/ Michael J. Carroll
                                    Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 3, 2008 I served the within DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Cloister Press
15 Apparel Way
San Francisco, CA 94124

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, CA.

/s/Sharon Eastman
Sharon Eastman