ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE | ) ) ) ) | NO.  C 07 5032 EDL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CLOISTER PRESS, a California corporation | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED that the Case Management Conference in this case set for January 8, 2008 continued to April 8, 2008 at 3:00 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____

_____
Honorable Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE