1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11 BOARD OF TRUSTEES OF THE PRINTING   )    NO.  C 07 5032 EDL
   SPECIALTIES AND PAPER PRODUCTS JOINT)
12 EMPLOYER AND UNION HEALTH AND       )    ORDER TO CONTINUE CASE
   WELFARE                             )    MANAGEMENT CONFERENCE
13                                     )
                        Plaintiffs,    )
14                                     )
              vs.                      )
15                                     )
                                       )
16 CLOISTER PRESS, a California        )
   corporation                         )
17                                     )
                                       )
18                      Defendant.     )
   _____)
19

20        IT IS ORDERED that the Case Management Conference in this

21 case set for January 8, 2008 continued to April 15, 2008 at 3:00 p.m.

22 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

23 Dated: ___January 7, 2008_____

24                                    _____
                                      Honorable Elizabeth D. Laporte
25
26
27
28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE