**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 11, 2008

RE: <u>BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES & PAPER PRODUCTS
JOINT EMPLOYER & UNION HEALTH & WELFARE FUND -v- CLOISTER PRESS,
CASE NUMBER C-07-5032-EDL</u>

    **Default** is *<u>entered</u>* as to *Defendant Cloister Press*, a California Corporation on January 11, 2008.

    RICHARD W. WIEKING, Clerk

    by: <u>Thelma Nudo</u>
        Deputy Clerk

NDC TR-4  Rev. 3/89