```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CLOISTER PRESS, etc., <br><br> Defendant. | NO.  C 07 5032 EDL <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

     Plaintiff, BOARD OF TRUSTEES OF PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, hereby applies <u>ex parte</u> for an order to continue the Case Management Conference from April 15, 2008 to June 10, 2008.

     This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

     Dated: April 8, 2008

```
                              Respectfully submitted,

                              ERSKINE & TULLEY


                              By:   s/ Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiff
```

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE