```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CLOISTER PRESS, etc., <br><br> Defendant. | NO.  C 07 5032 EDL <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

     I, MICHAEL J. CARROLL, certify:

     1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

     2.   Service was accomplished upon the only party in this case on December 18, 2007. No responsive pleading was filed.

     3.   On January 11, 2008 the default of defendant was entered by the Court.

1    4.    Plaintiff will file a motion for entry of default judgment as soon as all documents have been obtained.

5. It is requested that the Court continue the Case Management Conference to June 10, 2008 to allow plaintiff time to file the motion.

6. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for April 15, 2008 to June 10, 2008 because of the impossibility of plaintiff to file a motion for default judgment at this time and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 8, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONF.    2