ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc., | ) ) ) | NO.  C 07 5032 EDL |
| Plaintiff, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| CLOISTER PRESS, etc., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this case set for April 15, 2008 be continued to June 10, 2008 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:_____          _____
                                   Honorable Magistrate Judge
                                      Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE