```
1 │ ERSKINE & TULLEY
   │ A PROFESSIONAL CORPORATION
2 │ MICHAEL J. CARROLL (St. Bar #50246)
   │ 220 Montgomery Street, Suite 303
3 │ San Francisco, CA  94104
   │ Telephone:  (415) 392-5431
4 │
   │ Attorneys for Plaintiff
5 │
6 │
7 │
8 │                    UNITED STATES DISTRICT COURT
9 │                    NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ BOARD OF TRUSTEES OF THE PRINTING  )      NO.  C 07 5032 EDL
    │ SPECIALTIES, etc.,                 )
12 │                                     )      ORDER TO CONTINUE CASE
    │                      Plaintiff,    )      MANAGEMENT CONFERENCE
13 │                                     )
    │           vs.                      )
14 │                                     )
    │ CLOISTER PRESS, etc.,              )
15 │                                     )
    │                      Defendant.    )
16 │ _____)
17 │          IT IS ORDERED that the Case Management Conference in this
18 │ case set for April 15, 2008 be continued to June 10, 2008 at 10:00
19 │ a.m. in Courtroom E, 15ᵗʰ Floor, 450 Golden Gate Avenue, San
20 │ Francisco, CA 94102.
21 │ Dated:___April 9, 2008_____     _____
22 │                                     Honorable Magistrate Judge
    │                                       Elizabeth D. Laporte
23 │
24 │
25 │
26 │
27 │
28 │
```

IT IS SO ORDERED

Elizabeth D. Laporte

Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA