ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc. <br><br> Plaintiffs, <br><br> vs. <br><br> CLOISTER PRESS, etc., <br><br> Defendant. | NO. C 07 5032 EDL <br><br> CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u> |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 4/9/08

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorney for Plaintiffs

<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>
1