ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> CLOISTER PRESS, etc., <br><br> Defendant. | NO. C 07 5032 EDL <br><br> DECLARATION OF RONALD D. CHANDLER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, RONALD D. CHANDLER, declare:

1. I am a Partner of the firm of Miller, Kaplan, Arase & Co., LLP, Certified Public Accountants with business offices located at 4123 Lankershim Boulevard, North Hollywood, CA 91602. If called as a witness, I could competently testify from my own personal knowledge to the following facts:

2. I am custodian of and familiar with the books and records of Miller, Kaplan, Arase & Co., LLP, Certified Public Accountants as they relate to the defendant in this case, CLOISTER PRESS, a California corporation.

3. My firm performs compliance tests on contributing employers for the Board of Trustees of the Printing Specialties and Paper Products Joint Employer and Union Health and Welfare Fund.

4. My office requested access to the books and records of this employer by telephone contact on April 7, 2006, April 24, 2006 and November 2, 2006 . Attached hereto and collectively marked Exhibit

1  3 is a copy of our telephone log and copies of our letters dated February 17, 2006 and December 28, 2006.
2  The defendant failed and refused to arrange for an audit of its books and records.
3        I declare under penalty of perjury that the foregoing is true and correct.
4        Executed on April 9, 2008 at North Hollywood, California.

              /s/ Ronald D. Chandler
              RONALD D. CHANDLER

DECLARATION OF RONALD D. CHANDLER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

2