1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4

5  ATTORNEYS FOR PLAINTIFF

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE PRINTING      )   NO. C 07 5032 EDL
   SPECIALTIES, etc.,                     )
12                                        )
                    Plaintiff,            )
13                                        )   DECLARATION OF
           vs.                            )   MICHAEL J. CARROLL
14                                        )   IN SUPPORT OF MOTION
   CLOISTER PRESS, etc.,                  )   FOR DEFAULT JUDGMENT
15                                        )
                    Defendant.            )
16 _____)

17

18         I, MICHAEL J. CARROLL, declare:

19         1.     I am one of the attorneys for plaintiff in this action and if called as a witness, I could

20 competently testify to the following facts:

21         2. Plaintiffs have incurred costs in the amount of $400.00 in the prosecution of this action.

22 This figure consists of the following items:

23              1.     The filing fee of $350.00;

24              2.     The cost to effect service of the Summons and Complaint and other

25                     documents from the initial filing of this case in the amount of $50.00, which I

26                     have paid.

27 Attached hereto as Exhibit 4 is the are the invoice for item b. above.

28              3.     This office commenced work on this employer's delinquency in September 2007 under

1 the delinquency procedures established by the trust funds.

2     4. This legal action was filed on September 28, 2007. Defendant failed to appear and the
3 default of defendant was entered by this Court on January 11, 2008. The Court's jurisdiction is founded on
4 29 U.S.C. § 185(a) and 29 U.S.C. 1132.

5     5. Declarant has expended in excess of 4 hours in the prosecution of this action, including
6 the preparation of the Motion for Entry of Default with Supporting Declaration, two ExParte Applications to
7 continue the Case Management Conference with Supporting Declarations and Proposed Orders and this
8 motion. Erskine & Tulley's billing rate in this matter is $185.00 per hour for a total of $740.00.

9     6. Attached to the Herman Declaration and marked Exhibit 2 is the Trust Agreement and
10 Amendment No. 2 of the Printing Specialties and Paper Products Joint Employer and Union Health and
11 Welfare Fund which provides for attorneys fees and court costs in the event of suit. These provisions comply
12 with 29 U.S.C. §1132(g).

13     I declare under penalty of perjury that the foregoing is true and correct.
14     Executed on May 21, 2008 at San Francisco, California.

15                            /s/ Michael J. Carroll
16                              MICHAEL J. CARROLL