# JIM STACK PROCESS SERVERS
**WE DO WRITS RIGHT!**
P.O. BOX 716
MILLBRAE, CA 94030
650-589-6663 FAX 650-589-6157
BDNUS@AOL.COM  JIMSTACKPROCESSSERVERS.COM

TAX ID NO: 94-1671497

**INVOICE DATE :** 12/21/2007
**INVOICE NUMBER :** 24282

| | |
|---|---|
| **Client:** | ERSKINE & TULLEY, A PROFESSIONAL CORPORATION |
| **Attention:** | MICHAEL J. CARROLL, ESQ #50246 |
| **Address:** | 220 MONTGOMERY ST., STE 303 |
| | SAN FRANCISCO, CA 94104 |
| **Phone:** | 415-392-5431  **Fax:** |
| **Client's#** | CLOISTER PRESS Acct:1879 |

**Documents Served:**
☐ Summons ☐ Complaint ☐ ADR ☐ CCCS ☐ Cross
1. SEE ATTACHMENT TO PROOF OF SERVICE
3. x
4. x
5. x

**Case Title :** BOARD OF TRUSTEES -V- CLOISTER PRESS
**Case Number:** C 07 5032 EDL
**Date Filed :**
**Court of Record Name/Address:**
UNITED STATES DISTRICT COURT NORTHERN
, CA
**Hrng. Date:**

**PARTY TO BE SERVED:** CLOISTER PRESS, A CALIFORNIA CORPORATION

**ADDRESS #1. :**

**ADDRESS #2. :** 15 APPAREL WAY, SAN FRANCISCO CA 94124

**PARTY SERVED:** (same as above if blank)
**Name & Description:** STEVE ROGERS, AGENT FOR SERVICE
**DATE/TIME:** 12/18/2007  11:50AM
☐ Multiple Parties
**SERVICE LOCATION:** 15 APPAREL WAY, SAN FRANCISCO CA 94124

| SERVICES | CHARGES |
|---|---|
| FEE FOR SERVICE | $50.00 |

**BAD ADDRESS(es) (none if blank):**

Attempts: Loc./Date/Time

Not Served at address given :
Other:

*Paid*

MISC.:

| TOTAL CHARGES: | $50.00 | TOTAL PAID: | $0.00 | TOTAL DUE: | $50.00 |
|---|---|---|---|---|---|

MICHAEL J. CARROLL, ESQ #50246
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 MONTGOMERY ST., STE 303
SAN FRANCISCO CA 94104
415-392-5431           415-392-1978

# UNITED STATES DISTRICT COURT
# UNITED STATES DISTRICT COURT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s): | C 07 5032 EDL |
| v. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| Defendant(s): | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complain

   ☒ other *(specify)*: SEE ATTACHMENT TO PROOF OF SERVICE

2. **Person served:**
   a. ☒ Defendant *(name)*: CLOISTER PRESS, A CALIFORNIA CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   STEVE ROGERS, AGENT FOR SERVICE
   c. ☒ Address where papers were served:
   15 APPAREL WAY, SAN FRANCISCO CA 94124

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ Papers were served on *(date)*: 12/18/2007 at *(time)*: 11:50AM
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ papers were mailed on (date):: _____

      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

PP#: 24282

CV-1 (04/01)    PROOF OF SERVICE -SUMMONS AND COMPLAINT    PAGE 1
) OF TRUSTEES -V- CLOISTER PRESS

c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. [ ] **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*:_____ at *(time)*: _____

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   JIM STACK
   JIM STACK PROCESS SERVERS
   P.O. BOX 716
   MILLBRAE, CA 94030
   650-589-6663   #21 SAN MATEO CO.

   a. Fee for service: $   50.00
   b. [ ] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [X] Registered California process server
   SAN MATEO/21

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/21/2007

*(Signature)* JIM STACK

PP#: 24282

CV-1 (04/01)   **PROOF OF SERVICE - SUMMONS AND COMPLAINT**   PAGE 2
BOARD OF TRUSTEES -V- CLOISTER PRESS

ATTACHMENT

Re: Board of Trustees of the Printing Specialties, et al.
vs. Cloister Press, etc.
United States District Court, Action No. C 07 5032 EDL

DOCUMENTS TO BE SERVED:

1. SUMMONS
2. COMPLAINT
3. U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT
4. WELCOME TO THE U.S. DISTRICT COURT
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
6. STANDING ORDER
7. STANDING ORDER RE CASE MANAGEMENT CONFERENCE
8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/ CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
9. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRAIL
10. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
11. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
12. SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
13. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
14. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA