ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PRINTING ) NO.  C 07 5032 EDL
SPECIALTIES, etc., )
                                                   Plaintiff, ) (PROPOSED)
 ) ORDER AND
                                                   vs. ) <u>DEFAULT JUDGMENT</u>
 )
CLOISTER PRESS, etc., )
 )
                                                 Defendant. )
_____ )

      Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, against defendant, CLOISTER PRESS, a California corporation, as follows:

      1. Defendant shall immediately produce for plaintiff or its authorized representatives any and all records plaintiff deems necessary to determine whether defendant has made full and prompt payment of all fringe benefit contributions due during the period January 1, 2001 to December 31, 2005.  The records shall include without limitation thereto, time cards, payroll journals, payroll check registers, canceled payroll checks, copies of the Employer's federal, state and local payroll tax reports, and all other documents reflecting the hours and wages of employees (whether or not such documents are privileged).

<u>ORDER AND DEFAULT JUDGMENT</u>
1

1      2. Attorneys fees in the amount of $740.00; and

2      3. Costs of suit incurred herein in the amount of $400.00.

3  Any failure of defendant to comply with this judgment shall, upon good cause shown, be punishable by
4  contempt.

5  DATED:_____

6
7                                                                    _____
                                                                     Magistrate Judge Elizabeth D. Laporte