**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
PRINTING SPECIALTIES & PAPER
PRODUCTS,

      Plaintiff,

  v.

CLOISTER PRESS,

      Defendant(s).
_____/

No. C 07-05032 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference scheduled for June 10, 2008 has been continued to July 1, 2008 at 9:00 a.m. to be held concurrently with Plaintiffs' Motion for Default Judgment.

Dated: June 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy