UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, et al.,

       Plaintiff(s),

  v.

CLOISTER PRESS,

       Defendant(s).
_____/

No. C07-5032 EDL

**NOTICE OF TIME CHANGE**

Plaintiffs' motion for default judgment and attorneys' fees noticed for July 1, 2008, in the above entitled case, (and initial case management conference) will be heard at **9:30 a.m.** in Courtroom E before Magistrate Judge Elizabeth D. Laporte.

Dated: June 20, 2008

*Wings Hom*
_____
Wings Hom for Lili Harrell, Courtroom Deputy to Magistrate Judge Elizabeth D. Laporte

Blank.frm          1