UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  Date: July 1, 2008
**UNITED STATES MAGISTRATE JUDGE**

Case No:   C-07-05032 EDL

Title:   BOARD OF TRUSTEES v. CLOISTER PRESS

**Attorneys:**   Plaintiff: Michael Carroll    Defendant: No appearance

**Deputy Clerk:**   Lili M. Harrell    **Court Reporter:** Belle Ball
(Time:   1 min)

**PROCEEDINGS:**    **RULINGS:**

Plaintiffs' Motion for Default Judgment    Court to issue report &
    recommendation

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: