IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,

  v.

CLOISTER PRESS,

    Defendant.
                                /

No. C-07-5032 EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation filed on July 1, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated:   July 1, 2008

                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge

United States District Court
For the Northern District of California