IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>CLOISTER PRESS,<br><br>    Defendant | No. C-07-5032 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed July 1, 2008, by which she recommends granting plaintiff's motion for default judgment. No objections to the recommendation have been filed.

    Having reviewed, de novo, the motion and the recommendation, the Court hereby ADOPTS the recommendation in its entirety.

    Accordingly, the Court hereby GRANTS plaintiff's motion for default judgment, as follows:

    1.  Defendant Cloister Press is ordered to immediately submit to an audit. Specifically, defendant shall make available to plaintiff the following records, for the time period January 1, 2001 to December 31, 2005: time cards, payroll journals, payroll check

registers, cancelled payroll checks, copies of defendant's federal, state and local payroll tax reports, and all other documents reflecting the hours and wages of defendant's employees.

2. Plaintiff is awarded attorney's fees in the amount of $740.00 and costs in the amount of $400,00, for a total of $780.00

The Clerk is directed to enter final judgment consistent with this order.

**IT IS SO ORDERED.**

Dated: July 24, 2008

MAXINE M. CHESNEY
United States District Judge