IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>      Plaintiff,<br><br>v.<br><br>CLOISTER PRESS,<br><br>      Defendant.<br>_____/ | No. CV-07-5032 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS plaintiff's motion for default judgment, as follows:

    1. Defendant Cloister Press is ordered to immediately submit to an audit. Specifically, defendant shall make available to plaintiff the following records, for the time period January 1, 2001 to December 31, 2005; time cards, payroll journals, payroll check registers, cancelled payroll checks, copies of defendant's federal, state and local payroll tax reports, and all other documents reflecting the hours and wages of defendant's employees.

      2. Plaintiff is awarded attorney's fees in the amount of $740.00 and costs in the amount of $400.00, for a total of $1,140.00.

Dated: July 25, 2008                                         Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk